Kara L. Heikkila
ISB #8090; klh@farleyoberrecht.com
Leslie M. Hayes
ISB #7995; lmh@farleyoberrecht.com
FARLEY OBERRECHT WEST HARWOOD & BURKE, P.A.
702 West Idaho, Suite 700
Post Office Box 1271
Boise, Idaho  83701
Telephone:  (208) 395-8500
Facsimile:   (208) 395-8585
W:\2\2-605.1\Pleadings\Withdrawal-Notice.doc

Attorneys for Defendant Idaho Trout Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CAROL SHERMAN,<br><br>            Plaintiff,<br><br>v.<br><br>IDAHO TROUT PROCESSORS COMPANY dba IDAHO TROUT COMPANY ,<br><br>            Defendant. | Case No.  4:11-cv-00195-BLW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

   COMES NOW Leslie M. Hayes of the firm Farley Oberrecht West Harwood & Burke, P.A., and hereby withdraws as counsel for Defendant Idaho Trout Company in this matter. Defendant Idaho Trout Company continues to be represented by Kara Heikkila of Farley Oberrecht West Harwood & Burke, P.A.

NOTICE OF WITHDRAWAL OF COUNSEL - 1

DATED this 12th day of March, 2012.

                            FARLEY OBERRECHT WEST HARWOOD
                            & BURKE, P.A.

                        By /s/ Leslie M. Hayes_____
                            Kara Heikkila - Of the Firm
                            Leslie M. Hayes - Of the Firm
                            Attorneys for Defendant Idaho Trout Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of March, 2012, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL**, with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

James D. Holman                    Email address: holman@ts-lawoffice.com

                            /s/ Andrea McLeavy_____
                            Andrea D. McLeavy, Legal Assistant